IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICHARD J. FRIEDMAN, JR. as
Administrator of the Estate of
Michael Bratek, Deceased,

        Plaintiff,

v.

CASTLE AVIATION, et al.,

        Defendants.

Case No. 2:09-CV-0749
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

This matter is before the Court for consideration of two motions: (1) Motion of Defendant Cessna Aircraft Company to Dismiss Plaintiff's Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 81); and (2) Unopposed Motion of Defendant Cessna Aircraft Company for an Extension of Time to Respond to Plaintiff's Response in Opposition to Motion to Dismiss Plaintiff's Second    Amended Complaint (Doc. 94).

These motions were filed before Plaintiff Richard J. Friedman, Jr. filed his Third Amended Complaint (Doc. 100). Accordingly, the above-mentioned motions (Docs. 81 and 94) are **DENIED as MOOT**.

        IT IS SO ORDERED.

11-9-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE