IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Richard J. Friedman, Jr., as Administrator of the Estate of Michael Bratek, Deceased, | ) ) ) ) |
| Plaintiff, | ) Case No. 2:09-cv-749 ) |
| v. | ) ) District Judge Edmund A. Sargus |
| Castle Aviation, et al., | ) Magistrate Judge Terence P. Kemp ) |
| Defendants. | ) |

## ORDER

It is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The Plaintiff, Richard J. Friedman, as Administrator of the Estate of Michael Bratek, Deceased ("Plaintiff"), and Defendant, the Columbus Regional Airport Authority (the "Airport Authority"), entered into a good faith settlement;

(2) All of the claims by the Plaintiff against the Airport Authority, and any and all claims against the Airport Authority that were asserted, or that could have been asserted by any of the parties in the case, are hereby dismissed, with prejudice.

(3) All of the cross-claims by the Airport Authority against any co-defendants that were asserted, or that could have been asserted, are hereby dismissed, with prejudice.

(4) Pursuant to Federal Rule of Civil Procedure 54(b), because there is no just reason for delay, the Clerk of this Court is directed to enter a judgment of dismissal with prejudice in favor of the Airport Authority, dismissing all claims and cross-claims asserted against or by the Airport Authority, and to enter a separate and final judgment in favor of the Airport Authority.

SO ORDERED BY:

_____  6-4-2012
Judge Edmund A. Sargus

Dated: