AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

RICHARD J. FRIEDMAN, JR., AS
ADMINISTRATOR OF THE ESTATE OF
MICHAEL BRATEK, DECEASED,

        Plaintiff,

                          **JUDGMENT IN A CIVIL CASE**

vs.

                          CASE NO.  C2-09-749

CASTLE AVIATION, et al.,            JUDGE EDMUND A. SARGUS, JR.
                                                 MAGISTRATE JUDGE TERENCE P. KEMP

        Defendants.

    ____       **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    X       **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

        Pursuant to the Order, filed June 4, 2012, dismissing all claims and cross-claims asserted against or by the Columbus Regional Airport Authority with prejudice, SEPARATE AND FINAL JUDGMENT is hereby entered in favor of Columbus Regional Airport Authority only.

Date: June 4, 2012                                      JAMES BONINI, CLERK

                                                           /S/ Andy F. Quisumbing
                                                          (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk